THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 241 (JCH) |
| | : | |
| V. | : | |
| | : | |
| GARY AGNEW | : | NOVEMBER 3, 2004 |

## MOTION TO CONTINUE SENTENCING

The Defendant, Gary Agnew, hereby requests through his counsel for the Sentencing of this matter to be continued until the United States Supreme Court issues a decision on the applicability of it's decision in Blakely v. Washington, _____ U.S. _____, 72 U.S.L.W. 4546, 2004 U.S. LEXIS 4573 (June 24, 2004) to the United States Sentencing Guidelines or January 30, 3004, whichever is later.

Counsel for the Government, Maria Kahn and Krishna Patel have advised undersigned counsel that they have no objection to the granting of this request.

The Supreme Court has accepted certification of the question on at least 4 cases with an expedited briefing schedule. Today the United States Court of Appeals for the Second Circuit, which had previously certified that question to the Supreme Court, decided the case of U.S. v. Mincey, _____ F.3rd _____ (2004), refusing to apply the Blakely holding to the United States Sentencing Guidelines and instructed all District Courts within the Circuit to fully apply the Guidelines.

In the present case if the Supreme Court were to hold that a defendant's Sixth Amendment right to a jury is violated by the Guidelines allowance of judicially determined facts to increase a defendant's sentence, then the defendant in this case is more likely than not looking

at a sentencing range of 0–6 months. On the other hand if the guidelines are fully applied then the defendant's s sentencing range would be significantly higher.[1] As a result of this any sentence in this case will most certainly be appealed and the execution of the sentence sought to be suspended pending the Supreme Court's decision on the issue. Accordingly the most judicially economic manner of handling the current situation would be to continue the sentencing until such time as the question is determined with finality by the United States Supreme Court.

Wherefore the defendant , through undersigned counsel, and with the agreement of counsel for the Government, respectfully requests the Court to continue the sentencing in this matter until such time as the United Supreme Court issues a decision on the applicability of it's decision in Blakely v. Washington, _____ U.S. _____, 72 U.S.L.W. 4546, 2004 U.S. LEXIS 4573 (June 24, 2004) to the United States Sentencing Guidelines or January 30, 2004.

The defendant filed a waiver of sentence on November 2, 2004 with the clerk.

THE DEFENDANT,

Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar #: CT 06473

---

[1] The PSR in this recommends sentencing range of 21 – 27 months.

## CERTIFICATION

      I hereby certify that a copy of the forgoing Motion for continuance of Jury Section was forwarded to the following on this 3rd day of November 2004.

AUSA Maria Kahn, Esquire  
AUSA Krishna Patel, Esquire  
Unites States Attorney's Office  
157 Church Street  
22nd Floor  
New Haven, Connecticut 06510

                                                  Cheryl E. Heffernan



THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 241 (JCH) |
| | : | |
| V. | : | |
| | : | |
| GARY AGNEW | : | NOVEMBER 3, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**Motion to Continue Sentencing Dated November 3,2004**

This document has not been filed electronically because the document cannot be converted to electronic format at this time.

The document has been manually served on all parties

Respectfully Submitted,

THE PLAINTIFFS,

BY _____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-230-2500
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 3th day of November 2004, to:

Joel Rottner, Esq.
Heather Adams-Beman, Esq.
Skelley Rottner P.C.
PO Box 340890
Hartford, CT 06134-0890

Cheryl E. Heffernan

2