UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 10 P 4:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

v

GARY AGNEW

CASE NO. 3:03cr241 JCH

## ORDER OF RESTITUTION

As part of the Judgment of Conviction entered on the 6th day of December, 2004 in the above-captioned matter;

IT IS HEREBY ORDERED that the defendant shall make restitution in the amount of $84,403.00 to the Dispersing Officer, United States Postal Service, P.O. Box 8025, New Haven, Connecticut 06530-0025, Attention: Douglas J. Millett.

During the period of supervised release, the defendant is ordered to pay restitution at the rate of $50.00 per month or as modified by the Court upon reconsideration of any change in the defendant's finances. Interest is waived. Payments are to begin thirty days after release from incarceration.

SO ORDERED.

Dated at Bridgeport, Connecticut, December 10, 200

/Janet C. Hall
United States District Judge
Date: 12/10/04