# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

03CR241 notappl

District of **CONNECTICUT**

**USA**

FILED
2004 DEC -6  P 12:39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**GARY AGNEW**

Docket Number **3:03 CR 00241 (JCH)**

THE HONORABLE **JANET C. HALL**
(District Court Judge)

Notice is hereby given that **THE DEFENDANT GARY AGNEW** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [ X ]; order [ ]; other [ ]: **CONVICTION**
(specify)

entered in this action on **03-30-04**
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [ X ].

Date **03-30-04**
TO:

**CHERYL E HEFFERNAN**
(Counsel for Appellant)

Address
**2842 OLD DIXWELL AVENUE**
**HAMDEN, CT  06518**

Telephone Number **203-230-2500**

ADD ADDITIONAL PAGE IF NECESSARY

**(TO BE COMPLETED BY ATTORNEY)**

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [X] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[X] Trial<br>[X] Sentence<br>[X] Post-trial proceedings | Dates<br>03-22-04 - 03-30-04<br>11-08-04 - 12-6-04 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment [ ] Funds [X] CJA Form 24

ATTORNEY'S signature

DATE  12/6/04
~~11-08-04~~

▶ **COURT REPORTER ACKNOWLEDGEMENT**

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

**COPY 1 - ORIGINAL**