

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 22  P 1:22

U.S. DISTRICT COURT
BRIDGEPORT, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 241 (JCH) |
| | : | |
| V. | : | |
| | : | |
| GARY AGNEW | : | FEBRUARY 18, 2005 |

## MOTION TO EXTEND SURRENDER DATE

The Defendant, Gary Agnew, hereby requests through his counsel for the Court to extend his surrender date from his current surrender date of March 15, 2005 until April 15, 2005. The basis for this request is that the defendant's wife has undergone spinal surgery on January 19, 2005 and requires the defendant's assistance with daily living activities. Please see attached note from Dr. William Druckmiller. Additionally, the Government and the Defendant intend to join in a motion to the Second Circuit Court of Appeals to remand Mr. Agnew's appeal to the District Court for consideration of resentencing under *Booker*. Mr. Agnew should not be required to surrender until after being resentenced.

Assistant U.S. Attorney Maria Kahn representing the Government in this matter has advised the undersigned that she has no objection to this initial request for an extension of 30 days for the surrender day with regard to the remand issues, but will object to any further extensions.

This is the first request for an extension of the surrender date filed by the defendant.

THE DEFENDANT,

_____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar #: CT 06473

## CERTIFICATION

I hereby certify that a copy of the forgoing Motion was forwarded to the following on this 18th day of February, 2005.

AUSA Maria Kahn, Esquire
Unites States Attorney's Office
157 Church Street
22nd Floor
New Haven, Connecticut 06510

_____
Cheryl E. Heffernan

2

## EXCUSE SLIP

**WILLIAM H. DRUCKEMILLER, M.D.**
85 Seymour St., Ste. 707
Hartford, CT 06106

Telephone: (860) 246-1636
Fax: (860) 522-3119

TO WHOM IT MAY CONCERN: Kathy Agnew

Date 2.9.05

_____ is under my care. He/She

☐ was seen in my office today
☐ is released to return to work on _____
☒ is unable to return to work at this time because S/P Cervical discectomy & fusion 1-19-05
☐ surgery is scheduled for _____ weeks. and patient may return to work after _____
☐ Restrictions: _____
☒ Other: To be seen & re-evaluated by Dr. Becker & Dr. Druckemiller on 3-31-05.

William H Druckemiller, MD/ks
(Signature)

---

## EXCUSE SLIP

**WILLIAM H. DRUCKEMILLER, M.D.**
85 Seymour St., Ste. 707
Hartford, CT 06106

Telephone: (860) 246-1636
Fax: (860) 522-3119

TO WHOM IT MAY CONCERN: Kathy Agnew

Date 2.9.05

_____ is under my care. He/She

☐ was seen in my office today
☐ is released to return to work on Drive
☒ is unable to return to work at this time because S/P Cervical discectomy & fusion 1-19-05
☐ surgery is scheduled for _____ weeks. and patient may return to work after _____
☐ Restrictions: _____
☒ Other: To be seen & re-evaluated by Dr. Becker & Dr. Druckemiller on 3-31-05

William H Druckemiller, MD
(Signature)