FILED

2005 FEB 22  P 1: 23

U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 241 (JCH) |
| V. | : | |
| GARY AGNEW | : | FEBRUARY 16, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Plaintiff, Gary Agnew, has manually filed the following document:

**Motion To Extend Surrender Date**

This document has not been filed electronically because the document cannot be converted to electronic format at this time.

The document has been manually served on all parties

Respectfully Submitted,

THE PLAINTIFF,

BY_____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-230-2500
Facsimile: 203-288-4702
Fed Bar No.:CT 06473

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid this 18th day of February 2005, to:

AUSA Maria Kahn, Esquire
AUSA Krishna Patel, Esquire
Unites States Attorney's Office
157 Church Street
22nd Floor
New Haven, Connecticut 06510

Cheryl E. Heffernan