FILED

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAR 23 A 11: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 241 (JCH) |
| | : | |
| V. | : | |
| | : | |
| GARY AGNEW | : | MARCH 22, 2005 |

## MOTION TO EXTEND SURRENDER DATE

The Defendant, Gary Agnew, hereby requests through his counsel for the Court to extend his surrender date from his current surrender date of April 15, 2005 to May 30, 2005. The basis for this request is that the defendant's wife has undergone spinal surgery on January 19, 2005 and requires the defendant's assistance with daily living activities. Please see attached notes from Dr. William Druckmiller. Additionally, the Government and the Defendant have joined in a motion to the Second Circuit Court of Appeals to remand Mr. Agnew's appeal to the District Court for consideration of resentencing under *Booker*. The Second Circuit has scheduled that motion for the substantive motions calendar for Friday, April 15, 2005. Please see attached Notice dated March 11, 2005. Mr. Agnew should not be required to surrender until after being resentenced.

Assistant U.S. Attorney Maria Kahn representing the Government in this matter has advised the undersigned that the Government opposes another request for an extension. Please see attached facsimile transmission for AUSA Kahn dated March 21, 2005.

This is the second request for an extension of the surrender date filed by the defendant. As previously acknowledged by the Government, Mr. Agnew does not pose a flight risk nor a threat to the general public. Further as it is not beyond the realm of probability that Mr. Agnew may not be sentenced to a period of incarceration, an irreversible unjustified deprivation of Mr. Agnew's liberty will occur if he is required to surrender himself prior to the court determining his right to be resentenced and any resentencing. There is nothing to be gained from denying this reasonable request while there is a probability of irreversible loss to Mr. Agnew and his family.

Wherefore the defendant through undersigned counsel respectfully requests that his surrender date be continued until May 30, 2005 to allow a further reasonable time for the Court to determine the outstanding issues in this matter.

THE DEFENDANT,

Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar #: CT 06473

### CERTIFICATION

I hereby certify that a copy of the forgoing Motion was forwarded to the following on this 22nd day of March, 2005.

AUSA Maria Kahn, Esquire
Unites States Attorney's Office
157 Church Street
22nd Floor
New Haven, Connecticut 06510

Cheryl E. Heffernan

2

# EXCUSE SLIP

**WILLIAM H. DRUCKEMILLER, M.D.**
85 Seymour St., Ste. 707
Hartford, CT 06106

Telephone: (860) 246-1636
Fax: (860) 522-3119

Date: **3-21-05**

TO WHOM IT MAY CONCERN:

**Kathy Agnew** is under my care. He/She

☒ was seen in my office today

☐ is released to return to work on _____

☒ is unable to return to work at this time because _____

S/P Cervical fusion

☐ surgery is scheduled for _____ and patient may return to work after _____ weeks.

☒ Restrictions: No driving

☒ Other: To be seen + re-evaluated by Dr. Becker — Dr. Druckemiller 5-2-04

_William H. Druckemiller, MD_
(Signature)

Peter R. Barnett, M.D.
Gerald J. Becker, M.D.
Ross A. Benthien, M.D.
Kevin J. Burton, M.D.
Andrew E. Caputo, M.D.
Thomas W. Dugdale, M.D.
John P. Fulkerson, M.D.
John C. Grady - Benson, M.D.

**ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.**
85 SEYMOUR STREET - SUITE 607
HARTFORD, CONNECTICUT 06106
(860) 549-3210

Donald R. Kelly, M.D.
Charles B. Kime, M.D.
W. Jay Krompinger, M.D.
Christopher J. Lena, M.D.

Courtland G. Lewis, M.D.
Richard M. Linburg, M.D.
Pietro A. Memmo, M.D.
Michael A. Miranda, M.D.
John F. Raycroft, M.D.
Steven F. Schutzer, M.D.
Raymond J. Sullivan, M.D.
Gordon A. Zimmermann, M.D.

NAME _Kathy Agnew_

AGE ____

ADDRESS _CT_ _____

DATE _3/21/05_

℞  P.T. Heat, U/S, neck & program 2x/wk x 4wks

DEA # _____  _[signature]_ M.D.

Orthopedic Associates strict office policy is to renew prescriptions only during normal business hours Monday-Friday 8:30 am to 4:00 pm. It is the patients' responsibility to consult their Pharmacist or Primary Care Physician prior to taking any medication(s) that you are prescribed from this office and to make them aware of any other medications you are currently taking.

# United States Court of Appeals
## for the Second Circuit

Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007
(212) 857-8500

John M. Walker, Jr.
Chief Judge

Roseann B. MacKechnie
Clerk of Court

DATE: March 11, 2005

TO: Maria Araujo Kahn, AUSA
U.S. Attorney-CONN
157 Church Street
New Haven, CT 06510

RE: **USA v. Agnew**

DOCKET NO: 05-0109-cr

Your motion for **LIMITED REMAND.** Has been received and filed. It has been added to the substantive motions calendar for **Friday, April 15, 2005\*\*\*ON SUBMISSION\*\*\***

There will be no oral argument on this motion.

Opposing papers, if any, must be filed in quintuplicate with proof of service. Such papers must be filed not later than seven days after service of a motion served in person, or ten days after service of a motion served by mail, but in no event later than 12:00 noon of the Thursday preceding the Tuesday for which the motion is noticed (See Local Rule § 27

Very truly yours,

Roseann B. MacKechnie, CLERK
by: Ana Vargas
Calendar Deputy Clerk

cc: Cherly E. Heffernan, Esq.

**U.S. Department of Justice**

*Kevin J. O'Connor*
*United States Attorney*
*District of Connecticut*



Connecticut Financial Center        (203) 821-3700
157 Church Street                   Fax (203) 773-5376
P.O. Box 1824
New Haven, Connecticut  06510       www.usdoj.gov/usao/ct

## FACSIMILE TRANSMISSION COVER PAGE

**DATE:**       March 21, 2005

**TO:**         Cheryl E. Heffernan, Esq.

**FAX #:**      (203) 288-4702

**FROM:**       Maria A. Kahn
                United States Attorney's Office
                District of Connecticut
                157 Church Street
                New Haven, CT 06510

**TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE):**
**FAX NUMBER: (203) 773-5373**

**SPECIAL INSTRUCTIONS:**

Dear Attorney Heffernan:

In response to your fax to me, I oppose another request for an extension of Mr. Agnew's surrender.

Thank you. Maria A. Kahn, AUSA

If you do not receive all pages, please call 203-821-3700 and ask for Sheril Mul.

### *UNITED STATES ATTORNEY FACSIMILE TRANSMISSION*

*This facsimile message, and any and all accompanying documents, contains sensitive information. This information is the property of the United States Attorney's Office, and is subject to several legal privileges, including the attorney client, work product, law enforcement, and deliberative process privileges. It is exempt from disclosure under applicable law. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at (203) 821-3700 to make arrangements to return the information to us. Thank you.*