## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

```
------------------------------------------x
UNITED STATES OF AMERICA,         :
            Appellee,             :   Criminal No. 3:03CR241 (JCH)
                                  :
v.                                :   USCA No.  05-0109-CR
                                  :
GARY R. AGNEW,                    :   April 5, 2005
            Defendant – Appellant,:
                                  :
------------------------------------------x
```

### INDEX TO THE RECORD ON APPEAL

| DATE FILED | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|
| 08/26/03 | INDICTMENT | 1 |
| 02/25/04 | PROPOSED VOIR DIRE BY GARY R. AGNEW | 19 |
| 02/25/04 | PROPOSED VOIR DIRE BY USA | 21 |
| 03/04/04 | PROPOSED JURY INSTRUCTIONS BY USA | 22 |
| 03/10/04 | TRANSCRIPT OF EXCERPT OF JURY SELECTION | 25 |
| 03/15/004 | REQUEST TO CHARGE BY GARY R. AGNEW | 33 |
| 03/16/04 | TRANSCRIPT OF PRETRIAL CONFERENCE | 29 |
| 03/24/04 | MOTION FOR JUDGMENT OF ACQUITTAL BY GARY R. AGNEW | 47 |
| 03/24/04 | ORDER DENYING MOTION FOR ACQUITTAL | |
| 03/30/04 | COURT'S JURY INSTRUCTIONS | 49 |

| DATE FILED | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|
| 04/05/04 | MOTION FOR JUDGMENT OF ACQUITTAL OR MOTION FOR NEW TRIAL BY GARY R. AGNEW | 60 |
| 04/23/04 | RESPONSE BY USA RE MOTION FOR ACQUITTAL OR MOTION FOR NEW TRIAL | 61 |
| 05/06/04 | TRANSCRIPT OF FIRST DAY OF TRIAL | 62 |
| 05/06/04 | TRANSCRIPT OF SECOND DAY OF TRIAL | 63 |
| 05/06/04 | TRANSCRIPT OF THIRD DAY OF TRIAL | 64 |
| 05/06/04 | TRANSCRIPT OF FOURTH DAY OF TRIAL | 65 |
| 05/06/04 | TRANSCRIPT OF FIFTH DAY OF TRIAL | 66 |
| 05/06/04 | TRANSCRIPT OF SIXTH DAY OF TRIAL | 67 |
| 05/06/04 | TRANSCRIPT OF SEVENTH DAY OF TRIAL | 68 |
| 05/26/04 | RULING DENYING MOTION FOR ACQUITTAL | 72 |
| 11/05/04 | SENTENCING MEMORANDUM BY USA | 80 |
| 11/05/04 | SENTENCING MEMORANDUM BY GARY R. AGNEW | 82 |
| 11/05/04 | SENTENCING MEMORANDUM BY GARY R. AGNEW | 83 |
| 11/08/04 | SUPPLEMENTAL SENTENCING MEMORANDUM BY USA | 86 |
| 12/02/04 | SECOND SUPPLEMENT SENTENCING MEMORANDUM BY USA | 91 |
| 12/06/04 | JUDGMENT | 89 |
| 12/06/04 | NOTICE OF APPEAL | 90 |
| 12/10/04 | ORDER OF RESTITUTION | 88 |

| **DATE FILED** | **DOCUMENT NAME** | **DOCUMENT NO.** |
|---|---|---|
| 02/28/05 | TRANSCRIPT OF SENTENCING | 95 |
| 02/28/05 | TRANSCRIPT OF SENTENCING | 96 |

        Respectfully Submitted,

        _____
        Joseph W. Martini (ct 07225)
        Pepe & Hazard LLP
        30 Jelliff Lane
        Southport, CT 06890
        (203) 319-4000
        (203) 259-0251 fax
        jmartini@pepehazard.com

JWM/33025/2/67606v1
04/05/05-SPT/

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed by first class, postage prepaid, this 5th day of April, 2005 to the following counsel of record:

Maria A. Kahn, Esq.
Assistant United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

_____
Joseph W. Martini

JWM/33025/2/67606v1
04/05/05-SPT/