**FILED**

**2005 MAY 13 P 12: 15**

**U.S. DISTRICT COURT**
**BRIDGEPORT, CONN**

THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 241 (JCH) |
| | : | |
| V. | : | |
| | : | |
| GARY AGNEW | : | MAY 12, 2005 |

## MOTION TO EXTEND SURRENDER DATE

The Defendant, Gary Agnew, hereby requests through his counsel for the Court to extend his surrender date from his current surrender date of May 30, 2005 until June 30, 2005. The basis for this request is that the defendant's wife has undergone spinal surgery on January 19, 2005 and requires the defendant's assistance with daily living activities. Please see attached note from Dr. William Druckmiller. Additionally, the Second Circuit Court of Appeals has remanded Mr. Agnew's appeal to the District Court for consideration of resentencing under *Booker*. The sentencing Court has entered a briefing order with a deadline of May 23, 2005 for parties to file briefs regarding the appropriateness of resentencing. Considering that it is unlikely that resentencing would occur prior to May 30, 3 005, the defendant's current resentencing date. Mr. Agnew should not be required to surrender until after being resentenced.

Assistant U.S. Attorney Maria Kahn representing the Government in this matter has advised the undersigned that the Government opposes another request for an extension and will file a written objection.

This is the third request for an extension of the surrender date filed by the defendant. As previously acknowledged by the Government, Mr. Agnew does not pose a flight risk nor a threat to the general public. Further as it is not beyond the realm of probability that Mr. Agnew may not be sentenced to a period of incarceration, an irreversible unjustified deprivation of Mr. Agnew's liberty will occur if he is required to surrender himself prior to the court determining his right to be resentenced and any resentencing. There is nothing to be gained from denying this reasonable request while there is a probability of irreversible loss to Mr. Agnew and his family.

Wherefore the defendant through undersigned counsel respectfully requests that his surrender date be continued until June 30, 2005 to allow a further reasonable time for the Court to determine the outstanding issues in this matter.

THE DEFENDANT,

By_____
Cheryl E. Heffernan
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone: 203-288-8266
Facsimile: 203-288-4702
Fed Bar #: CT 06473
E-mail: ceheff@aol.com

## CERTIFICATION

I hereby certify that a copy of the forgoing Motion was forwarded to the following on this 12th day of May, 2005.

AUSA Maria Kahn, Esquire
United States Attorney's Office
157 Church Street
22nd Floor
New Haven, Connecticut 06510

_____
Cheryl E. Heffernan

2

S of

**EXCUSE SLIP**

WILLIAM H. DRUCKEMILLER, M.D.
85 Seymour St., Ste. 707
Hartford, CT 06106

Telephone: (860) 249-1636
Fax: (860) 522-3116

Date 5-2-05

TO WHOM IT MAY CONCERN:

Kathy Agnew is under my care. He/She

☐ was seen in my office today
☐ is referred to return to work on
☒ is unable to return to work at this time because

sp Cervical fusion

☐ surgery is scheduled for _____
☐ return to work after _____ weeks, and patient may
☒ Restrictions: no driving
☒ Other: To be seen + re-evaluated by Dr Becker 6-6-05

WH Druckemiller, MD
(Signature)

---

85 SEYMOUR STREET - SUITE 807
HARTFORD, CONNECTICUT 06106
(860) 549-3210

NAME Kathy Agnew
ADDRESS Ct Just  DATE 5/_

℞ PT Heat, U/S, mass
cervical pk & e-stim
x 4wk

[signature]

REFILL ☐   TIMES P.R.N.
LABEL AS SUCH YES__  NO__
DEA #

Orthopedic Associates strict office policy is to renew prescriptions only during normal hours Monday-Friday 8:30 am to 4:00 pm. It is the patient's responsibility to consult Pharmacist or Primary Care Physician and to bring any medication(s) that you are from this office and to make from them aware of any other medications you are currently

Dr Druckemiller → 9:45AM

ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.
85 Seymour St., Suite 807, Hartford, CT 06106
(860) 549-8251
1000 Day Hill Road, Windsor, CT
2928 Main Street, Glastonbury, CT

Appt. 6-6-05   Time 10 A
GERALD J. BECKER, M.D.