

FILED   D. Conn. /NHct
        03-cr-241
        Hall, J.

2005 MAY 24  P 2: 39

United States Court of Appeals
FOR THE
SECOND CIRCUIT   U.S. DISTRICT COURT
                 BRIDGEPORT, CONN

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 20th day of April two thousand and five,

Present:
  Hon. James L. Oakes,
  Hon. Chester J. Straub,
    *Circuit Judges*,
  Hon. Richard J. Holwell,
    *District Judge.*\*

---

United States of America,

    Appellee,

  v.            05-0109-cr

Gary A. Agnew,

    Defendant-Appellant.

---

  The Government moves, with the consent of Defendant-Appellant Gary A. Agnew, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738, 764 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103, 118-20 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

  Any appeal taken from the district court following this remand and re-sentencing, if it occurs, can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3,4(b).

  A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

          FOR THE COURT:
          Roseann B. MacKechnie, Clerk

          By: /s/ Lucille Carr

---

 \*The Honorable Richard J. Holwell, of the U. S. District Court for the Southern District of New York, sitting by designation.

SAO-LFR

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/ _____  DEPUTY CLERK

ISSUED AS MANDATE: 5-13-05