Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

_____ District of _____
CONNECTICUT

UNITED STATES

GARY AGNEW

FILED
2005 JUN 20 A 9:04

Docket No.: 3:03CR241 (JCH)

The Honorable Janet C. Hall
(District Court Judge)

Notice is hereby given that the defendant, Gary Agnew, appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ___ ] Conviction and Sentence
(specify)

entered in this action on June 13, 2005 (and December 6, 2004)
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ ___ ]    No [ ___ ]   Conviction and Sentence [ X ]

Date June 16, 2005
TO

Joseph W. Martini
(Counsel for Appellant)

Address  Pepe & Hazard LLP

30 Jelliff Lane

Southport, CT  06890

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: 203-319-4002

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ ___ ] Prepare proceedings<br>[ X ] Trial 3-22-04 – 3-30-04<br>[ X ] Sentencing 11-8-04, 12-6-04, 6-13-05<br>[ ___ ] Post-trial proceedings | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment  [ ___ ]  Funds [ ___ ]  CJA Form 24 [ X ]

ATTORNEY'S SIGNATURE _____     DATE June 16, 2005

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02