## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>-v-<br><br>GARY AGNEW,<br>  Defendant. | )<br>)<br>)<br>)   Crim. No. 3:03CR241 (JCH)<br>)<br>)<br>)<br>)   June 27, 2005<br>)<br>)<br>) |

## APPEARANCE

Please enter my appearance on behalf of the defendant, Gary Agnew.

Dated at Southport, Connecticut, this 27th day of June, 2005.

                 Respectfully submitted,

                 _____
                 Joseph W. Martini (ct 07225)
                 Pepe & Hazard LLP
                 30 Jelliff Lane
                 Southport, CT 06890
                 (203) 319-4000
                 (203) 259-0251 fax
                 jmartini@pepehazard.com

-2-

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage prepaid, this the 27th day of June, 2005 to the following:

Maria A. Kahn, Esq.
Assistant United States Attorney
District of Connecticut
157 Church Street, 23rd Floor
New Haven, CT  06510

                                                 Joseph W. Martini

JWM/33025/2/69575v1
06/27/05-SPT/