UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> -v- <br><br> GARY R. AGNEW, <br>     Defendant. | Crim. No. 3:03CR241 (JCH) <br><br><br> August 10, 2005 |

### DEFENDANT AGNEW'S MOTION FOR A STAY OF HIS SURRENDER DATE PENDING RESOLUTION OF HIS MOTION FOR RELEASE PENDING APPEAL

The defendant, Gary R. Agnew, respectfully moves the Court, pursuant to Rule 38 of the Federal Rules of Criminal Procedure, for a stay of his surrender date, now scheduled for August 15, 2005, pending (1) this Court's resolution of his pending motion for release pending appeal, and (2) if this Court denies this motion, pending any appeal to the Second Circuit from this denial, and states the following in support.

    1.    On July 29, 2005, Mr. Agnew filed a Motion for Release Pending Appeal.

    2.    On August 9, 2005, the government filed its objection to this motion.

    3.    While the government responded to many of Mr. Agnew's claims, it did not fully respond to Mr. Agnew's argument regarding the loss calculation. Specifically, while it responded to the "loss mitigation" point, the government did not reply to the argument that under United States v. Futrell, 209 F.3d 1286 (11th Cir. 2000), the loss amount in his case should have been the difference between what he actually received and what he should have

received under the law.  See Defendant Agnew's Motion for Release Pending Appeal at 15-18. Thus, for this reason and the other reasons discussed in defendant Agnew's motion, there are several issues, which, if the Second Circuit were to rule in Mr. Agnew's favor, would likely result in a reversal of either his conviction or sentencing.

Thus, for these reasons, Mr. Agnew respectfully requests that the Court order a stay of his surrender date, so that he remains free on bond pending this Court's determination of his Motion for Release Pending Appeal, and if this Court denies his motion for release pending appeal, so that he remains free on bond pending an appeal of this denial to the Second Circuit.

Respectfully submitted,

---

Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

# CERTIFICATION

I hereby certify that a copy of the foregoing was sent via facsimile and U.S. mail, postage prepaid, this the 10th day of August, 2005 to the following:

Maria A. Kahn, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Krishna R. Patel, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

Joseph Zampano
United States Probation Officer
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

_____
Joseph W. Martini