FILED
2007 FEB -9 P 3:27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>GARY AGNEW, )<br>Defendant. ) | Case No. 03CR241 (JCH)<br><br>February 9, 2007 |

## MOTION FOR AN ORDER *NUNC PRO TUNC* APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

The defendant, Gary Agnew, through his undersigned attorney, respectfully moves the Court for an Order, *nunc pro tunc*, appointing the undersigned as counsel for Mr. Agnew under the Criminal Justice Act as of June 13, 2005, and states the following in support:

1.  On August 26, 2003, a grand jury returned an Indictment charging Mr. Agnew with violations of 18 U.S.C. § 1341 and 18 U.S.C. §1920.

2.  On March 30, 2004, following a jury trial, Mr. Agnew was found guilty on all counts on the indictment.

3.  Mr. Agnew was sentenced by this Court on December 6, 2004, and Mr. Agnew filed a Notice of Appeal that same day.

LRB/33025/2/82104v1
02/09/07-SPT/

4. On March 31, 2005, the undersigned counsel was appointed pursuant to the Criminal Justice Act to represent Mr. Agnew in his appeal before the Second Circuit Court of Appeals.

5. Subsequently, on April 20, 2005, the Second Circuit of Appeals remanded Mr. Agnew's case to the district court to determine whether to re-sentence the defendant. See Order from the United States Court of Appeals for the Second Circuit attached hereto.

6. Resentencing proceedings were held before this Court on June 13, 2005. Undersigned counsel attended the re-sentencing proceedings and the Court ordered that Mr. Agnew's sentence of twenty-one (21) months remain in effect. The defendant was ordered to surrender on August 15, 2005.

7. Mr. Agnew filed another Notice of Appeal on June 20, 2005.

8. On June 28, 2005, undersigned counsel entered his appearance in the District Court, although no request for appointment pursuant to the Criminal Justice Act was made at that time.

9. Undersigned counsel then filed a Motion for Release Pending Appeal and Motion to Stay Surrender Date Pending Resolution of Motion for Release Pending Appeal. In addition, undersigned counsel filed a request for a compassionate release on behalf of Mr. Agnew.

10.  Because counsel did not make a formal request for appointment under the Criminal Justice Act in June, 2005, a motion for a <u>nunc</u> <u>pro</u> <u>tunc</u> appointment is necessary. Therefore, for the foregoing reasons, defendant respectfully request that the Court grant this Motion for an Order *Nunc Pro Tunc* Appointing Counsel Pursuant To the Criminal Justice Act as of June 13, 2005.

Dated at Southport, Connecticut this 9th day of February, 2007.

Respectfully submitted,

Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

LRB/33025/2/82104v1
02/09/07-SPT/

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. mail, postage prepaid, this 9th day of February, 2007 to the following:

Krishna R. Patel, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510


_____
Joseph W. Martini

D. Conn.
03-cr-241
Hall, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 20th day of April two thousand and five,

Present:

    Hon. James L. Oakes,
    Hon. Chester J. Straub,
        *Circuit Judges*,
    Hon. Richard J. Holwell,
        *District Judge*.*



---

United States of America,

        Appellee,

v.                                          05-0109-cr

Gary A. Agnew,

        Defendant-Appellant.

---

    The Government moves, with the consent of Defendant-Appellant Gary A. Agnew, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738, 764 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103, 118-20 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

    Any appeal taken from the district court following this remand and re-sentencing, if it occurs, can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3,4(b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

                                            FOR THE COURT:
                                            Roseann B. MacKechnie, Clerk

                                By:

---

*The Honorable Richard J. Holwell, of the U. S. District Court for the Southern District of New York, sitting by designation.

SAO-LFR