FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2001 FEB -9 P 3: 27

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>-v-<br><br>GARY AGNEW,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 03CR241 (JCH)<br><br><br>February 9, 2007 |

## MOTION FOR AN ORDER *NUNC PRO TUNC* APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

The defendant, Gary Agnew, through his undersigned attorney, respectfully moves the

Court for an Order, *nunc pro tunc*, appointing the undersigned as counsel for Mr. Agnew

under the Criminal Justice Act as of June 13, 2005, and states the following in support:

        1.      On August 26, 2003, a grand jury returned an Indictment charging Mr.

Agnew with violations of 18 U.S.C. § 1341 and 18 U.S.C. §1920.

        2.      On March 30, 2004, following a jury trial, Mr. Agnew was found guilty

on all counts on the indictment.

        3.      Mr. Agnew was sentenced by this Court on December 6, 2004, and Mr.

Agnew filed a Notice of Appeal that same day.