THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | 3:03 CR 241 (JCH) |
| : | |
| V. : | |
| : | |
| GARY AGNEW : | JANUARY 28, 2005 |

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

1.  **Name and location of court which entered the judgment of conviction you are challenging:**

    United States District Court for the District of Connecticut.

2.  **(a) Date of judgment of conviction**: March 30, 2004.

    **(b) Date of Sentencing:** December 6, 2004.

3.  **Length of sentence:** 21 months imprisonment, supervised release for five years, restitution in the amount of $84,403.00.

4.  **Nature of offenses involved:** Fifteen Counts Violation of Title 18 U.S.C. § 1341, Mail Fraud, and One Count Violation of 18 U.S.C. § 1920, Fraud to Obtain Federal Employees' Compensation.

5.  (a)   What was your plea?   Not Guilty.

    (b)   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:   Not Applicable

6.  If you went to trial, what kind of trial did you have?   Jury.

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes.

8.   **Did you appeal from the judgment of conviction?**   Yes, Notice of Appeal filed 12/6/04

9.   **If you did appeal, answer the following:**

    (a)   **Name of Court:**   Second Circuit Court of Appeals

    (b)   **Docket or case number:**   Do not know at the present time.

    (c)   **Result:**   Not concluded yet.

    (d)   **Date of Result:**   Not Applicable.

    (e)   **Citation to case:**   Unknown.

    (f)   **Grounds raised:**   Preliminary grounds are illegality of sentence and sufficiency of evidence.

    (g)   **Did you file a petition for certiorari in the United States Supreme Court:** No.

10.  **Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?** No.

11.  **If your answer to Questions 10 was "Yes," give the following information:**

    Not applicable.

12.  **For this motion, state every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. State the facts supporting each ground.**

    **Ground One:** Movant submits his sentence is in violation of his Sixth Amendment right to a jury trial in that in determining the sentence pursuant to the United States' Sentencing Guidelines, the Court found facts increasing the severity of the sentence that were not found by a jury.

(a)  **Supporting facts:**   Specifically, the Court found that the "loss" to the government "victim" was $84,403,00 which increased the movant's sentencing level under the Guidelines range from Level 6 to level 12. Additionally, the Court found that the movant had obstructed justice, a fact not determined by the jury's verdict, nor admitted by the movant, which further

2

increased the movant's Guideline level to Level 16 for a sentencing range of 21-27 months. The Court sentenced the defendant to 21 months of incarceration based on judicial fact finding increases in the movant's guideline level.

**(b)** **Direct Appeal of Ground One:**

    **(1)** **If you appealed from the judgment of conviction, did you raise this issue?** Yes, but not specifically yet.

    **(2)** **If you did not raise this issue in your direct appeal, explain why:** The appeal is only in the preliminary stage. The appeal does include a challenge to the sentence of the court not just the conviction.

**(c)** **Post-Conviction Proceedings:**

    **(1)** **Did you raise this issue in any post-conviction motion, petition, or application?** No.

    **(2)** **If your answer to Questions (c)(1) is "Yes," state:** Not applicable

**Ground Two:** Due to limitations imposed on the Sentencing Court by 8 U.S.C. § 23353(b) the Sentencing Court did not comply with the factors of 18 U.S.C.§ 3553 (a) in determining the Movant's proper sentence.

**(a)** **Supporting facts:** The Court could not and would not take into consideration the history and characteristics of the Movant such has his military and civil service, his upbringing, and the like. Additionally the Court could not and would not take into consideration the affect on the Movant of the conviction such has his loss of his job and valid worker's compensation claim and the effect that would have on his family.

**(b)** **Direct Appeal of Ground One:**

    **(1)** **If you appealed from the judgment of conviction, did you raise this issue?** Yes, but not specifically yet.

3

(2) **If you did not raise this issue in your direct appeal, explain why:** The appeal is only in the preliminary stage. The appeal does include a challenge to the sentence of the court not just the conviction.

(c) **Post-Conviction Proceedings:**

(1) **Did you raise this issue in any post-conviction motion, petition, or application?** No.

(2) **If your answer to Questions (c)(1) is "Yes," state:** Not applicable

**Ground Three:** The Court improperly determined the amount of the governmental "victims" loss which was not supported by the jury's verdict nor admitted to by the Movant in ordering the Movant to pay restitution in the amount of $84,403.00.

(a) **Supporting facts:** The Court found that the victim's loss was in the amount of $84,403.00 without a supporting jury verdict and ordered restitution by the Movant in that amount.

(b) **Direct Appeal of Ground One:**

(1) **If you appealed from the judgment of conviction, did you raise this issue?** Yes, but not specifically yet.

(2) **If you did not raise this issue in your direct appeal, explain why:** The appeal is only in the preliminary stage. The appeal does include a challenge to the sentence of the court, not just the conviction.

(c) **Post-Conviction Proceedings:**

(1) **Did you raise this issue in any post-conviction motion, petition, or application?** No.

(2) **If your answer to Questions (c)(1) is "Yes," state:** Not applicable

13. **Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds has not been presented, and state our reasons for not presenting them.**

4

None the above grounds have been formally presented in some federal court as at this stage only a Notice of Appeal has been filed and the issues only became ripe for this motion on January 12, 2005, 15 days ago when the United Supreme Court released the opinion in *United States v. Booker*, 5543 U.S. _____ (2005).

**14.    Do you have any motion, petition or appeal <u>now pending</u> in any court, for the judgment you are challenging?**    Yes.

**If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.** A Notice of Appeal was filed on December 6, 2004 for the United States Court of Appeals for the Second Circuit providing notice of the Movant's intent to file an appeal on his sentence and conviction. No docket number has yet been received by the Movant or his attorney from the Court on that appeal.

**15.    Give the name and address, if known, of each attorney who represented in you the following stages of judgment you are challenging:**

    **(a) At preliminary hearing:** Cheryl E. Heffernan, 2842 Old Dixwell Avenue, Hamden, Connecticut 06518

    **(b) At arraignment and plea:** Same

    **(c) At trial:** Same

    **(d) At sentencing:** Same

    **(e) On appeal:** To be determined. Movant intends to seek CJA appointed counsel for the appeal

    **(f) In any post-conviction proceeding:** Aside from the current motion, not applicable

    **(g) On appeal from any adverse ruling in a post-conviction proceeding:** Not applicable.

**16.    Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court and at approximately the same time?**    Yes.

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?

No.

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion. Not applicable.

**WHEREFORE, Movant prays that the Court grant the following relief:** That the Court vacate the Movant's current sentence and resentence the Movant in accordance with the Unites States Supreme Court's decision in *United States v. Booker*, 5543 U.S. _____ (2005), or any other relief he may be entitled to.

Cheryl E. Heffernan
Attorney for Movant
Farver & Heffernan
2842 Old Dixwell Avenue
Hamden, Connecticut 06518
Telephone:   203-230-2500
Facsimile:    203-288-4702
Fed. Juris No.: CT 06473

I declare under penalty of perjury that the foregoing is true and correct. Executed on

1/27/05

Gray Agnew

6