# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2007 JUN 13 P 2: 35
DISTRICT COURT
HARTFORD, CT.

GARY R. AGNEW
Name of Plaintiff/Petitioner

v.

USA.
Name of Defendant/Respondent

3:05 CV186 (JCH)

Case No. 05-3424-cr

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: GARY R. AGNEW

   Your present mailing address: 81 LYNN ROAD BRISTOL, CT. 06010-4465

   Telephone number: (860) 584-0589

2. Are you presently employed? YES ___ NO X

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings.

   N/A

   Weekly earnings: 0

Rev. 2/3/05

Page 1

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _U.S. POSTAL SERVICE_

— 3/30/04

Date last worked: _2/13/01_

Weekly earnings: _750.00 WEEK_

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _250.00_

   b) interest, dividends, rents or investments of any kind? _0_

   c) gifts or inheritances of any kind? _0_

6. How much money do you have in any checking or savings account(s)?

   Checking: _2562 000 777_    _$350.00_

   Savings: _862399_    _$1002.09_

   Prison account: _N/A_

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ✓ NO ___

   If YES, describe the property and state the approximate value: ___

   2000 MITS. GALANT 108K MILES  $4000.00

8. How much money do you owe others? _$84,403.00_ COURT LEIN ON HOME
$27,500.00 FAMILY AND FRIENDS
TOTAL $111,903.00

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| PATRICIA BAKAYSA | 11,500.00 |
| THERESA MORAN | 10,000.00 |
| GLENN AGNEW | 3,000.00 |
| BENOIT LEVESQUE | 3,000.00 |

9. List the persons who depend upon you for support, and state your relationship to them. **IF ANY PERSON IS A MINOR CHILD, IDENTIFY THAT PERSON BY INITIALS ONLY.**

KATHY AGNEW    SPOUSE

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO X

    If the answer is YES, please provide the following information for each such person:

    Name: N/A

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I AM LIVING ON MY V.A. DISABILITY CHECK $1232.00 PER MONTH. (IN APPEAL DAV.) TOTAL RIGHT KNEE REVISION ON 9 MAY 2007 AT ST. FRANCIS HOSPITAL.

Rev. 2/3/05                                                                                   Page 3

HARD TO KEEP UP WITH MONTHLY BILLS.

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. GOVERNMENT FAILED TO GRANT MY DUE PROCESS RIGHTS TO USE THE SYSTEM IN PLACE TO

(Additional space on next page) RESLOVE MY ISSUES. BYPASSED SYSTEMS AND WENT TO FEDERAL COURT.

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name JOSEPH W. MARTINI

   Date you contacted this attorney 12/21/06 TO PRESENT

   Method of contact (in person, by telephone, etc.) PERSON + PHONE + US MAIL

   Reason why attorney was not employed to handle your case COULD NOT PAY HIS FEE. HE WAS APPOINTED BY COURT TO HELP FILE MY APPEALS.

   b) Attorney's name LOUIS MARTOCCHIO

   Date you contacted this attorney 1/07

Method of contact (in person, by telephone, etc.) PERSON + PHONE

Reason why attorney was not employed to handle your case COULD NOT PAY FEE. CONFLICT of INTEREST.

c) Attorney's name BERNARD E. JACQUES

Date you contacted this attorney 5/07

Method of contact (in person, by telephone, etc.) PHONE, OTHER ATTORNEY AT HIS FIRM.

Reason why attorney was not employed to handle your case NO FUNDS FOR FEE.

15. Explain any other efforts you have made to obtain an attorney to handle your case.

CONTACTED LOCAL 301 NPMHU FOR LEGAL HELP DENIED. SAME AT THE NATIONAL LEVEL, DENIED.

16. Please provide any other information which supports your application for the court to appoint counsel. VIOLATION OF DUE PROCESS RIGHTS WORK RELATED ISSUE TAKEN TO FEDERAL COURT BEFORE EXHUSTING PRE EXHISTINK SYSTEM. CONGRESS HAS EXPRESSED A CLEAR POLICY SUPPORTING CONTRACTS, GRIEVANCES, MERIT SYSTEM PROTECTION BOARD, VETERANS PREFENCE ACT. POSTAL REORGANIZATION ACT of 1970, AMERICAN WITH DISABILITY ACT. HR 17070  SEE COLE V. PATHMARK OF FAIRLAWN (3 IER CASES 207)

17. Do you need a lawyer who speaks a language other than English?
   YES ___  NO _X_

   If you answered YES, what language do you speak? _____

   I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

   I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

   I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

   I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

   I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

6/12/07
Date

_Original Signature of Movant_

GARY R. AGNEW
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

_____

_____

_____

_____

_____

                                                      Original Signature of Movant