# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY R. AGNEW | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-03-cr-00241 (JCH) |
| UNITED STATES OF AMERICA, | : | |
|     Defendants | : | JULY 17, 2007 |

## ORDER TO SHOW CAUSE

The Respondent, United States of America, is Ordered to Show Cause why the Petition (Doc. No. 130) should not be granted. Opposition must be filed, in writing, no later than August 8, 2007. Petitioner is allowed to reply to any opposition no later than 10 court days after it is filed.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 17th day of July, 2007.

       /s/ Janet C. Hall
      Janet C. Hall
      United States District Court