| | |
|---|---|
| GARY R. AGNEW<br>PLAINTIFF, | FILED |
| | 2007 AUG 15 A 9: 58 |
| v. | CIVIL ACTION NO<br>3-03-cr-00241-(JCH) |
| UNITED STATES OF AMERICA,<br>DEFENDANTS | August 15, 2007 |

## MOTION FOR ORDER

The Petitioner, Gary R. Agnew hereby requests that this court grant his motion for Legal Counsel dated; on or about May 15, 2007. The Petitioner submits the following in Support of his motion.

1.) On or about May 15, 2007; the Petitioner filed a motion, Seeking assistance of counsel.

2.) On or about July 17, 2007; this court entered an ORDER TO SHOW CAUSE. Wherein the Respondent, was ordered to show cause why the petition (Doc. No. 130) should not be granted.

3.) Pursuant to the order, the Respondent had until August 8, 2007 to respond.

4.) To date the Respondent has Failed, Refused and Neglected to File a response as required.

**WHEREFORE,** the Petitioner respectfully requests that this court grant his petition.

Respectfully Submitted,

*(signature)*
Gary R. Agnew
Plaintiff

81 Lynn Rd.
Bristol, CT 06010-4465
860 584 0589

## CERTIFICATE OF SERVICE

I certify that this document; MOTION FOR ORDER was sent to the following on this date; August 15, 2007.

ADMINISTRATIVE JUDGE

**JANENT C. HALL**
United States District Court
District Of Connecticut
915 Lafayette Boulevard
Bridgeport, CT. 06604

HAND DELIVERED U.S. DISTRICT COURT
450 Main Street, Hartford, CT. 06105

ASSISTANT U.S. ATTORNEY

**MARIA ARAUJO KAHN**
157 Church Street
New Haven, CT. 06510

FIRST CLASS MAIL

RESPECTFULLY SUBMITTED

*[signature]*
GARY R. AGNEW
PLAINTIFF,

DATE: August 15, 2007