```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :    DOCKET NO. 3:03CR00241(JCH)
                                   DOCKET NO. 3:05CV00186(JCH)
       v.                     :

GARY R. AGNEW                 :    August 20, 2007
```

**GOVERNMENT'S NUNC PRO TUNC MOTION FOR AN EXTENSION OF TIME**

The Government submits this motion for a <u>nunc</u> <u>pro</u> <u>tunc</u> extension of time up to and including September 8, 2007. Undersigned counsel inadvertently scheduled our response to be due on August 24, 2007. Moreover, we have requested relevant portions of the file which were maintained by an AUSA who is no longer in our office and therefore the file had been closed and archived. Undersigned counsel apologizes for the calendering mistake.

```
                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                              KRISHNA R. PATEL
                              Assistant United States Attorney
                              915 Lafayette Boulevard
                              Bridgeport, Connecticut 06604
                              Federal Bar No.: ct24433
                              Telephone:  (203) 696-3000
```

CERTIFICATION OF SERVICE

    This is to certify that a copy of the within and foregoing was mailed to Gary R. Agnew, Plaintiff, 81 Lynn Road, Bristol, Connecticut 06010-4465, this 20th day of August, 2007.

 

KRISHNA R. PATEL
ASSISTANT UNITED STATES ATTORNEY