```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :     CASE NO. 3:03CR241(JCH)

     V.                      :

GARY AGNEW                   :     September 10, 2007
```

**GOVERNMENT'S SECOND MOTION FOR AN EXTENSION OF TIME**

The Government submits this motion for an extension of time up to and including October 15, 2007. As we had indicated in our earlier response, the lead AUSA on this case has left our office and the file was archived. To date, we have not received the file and portions of the file are relevant to the habeas petition. Moreover, undersigned counsel is presently scheduled to begin a criminal trial on September 17, 2007 before Judge Nevas. Jury selection was completed on September 6, 2007. The trial is anticipated to continue for approximately two weeks. We understand that Mr. Agnew is no longer incarcerated and therefore it does not appear that he will be prejudiced by this request.

```
                         Respectfully submitted,

                         KEVIN J. O'CONNOR
                         UNITED STATES ATTORNEY

                         /S/
                         KRISHNA R. PATEL
                         Assistant United States Attorney
                         915 Lafayette Boulevard
                         Bridgeport, Connecticut 06604
                         Federal Bar No.: ct24433
                         Telephone:  (203) 696-3000
```

<u>CERTIFICATION OF SERVICE</u>

     This is to certify that the within and foregoing has been sent first class mail, this 10th day of September 2007, to:

Gary Agnew
81 Lynn Road
Bristol, CT 06010

                          /S/_____
                          KRISHNA R. PATEL
                          ASSISTANT UNITED STATES ATTORNEY