03cr241 order
2/14/08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA
Plaintiff,

v.

GARY R. AGNEW
Defendant.

:
:
:
:
:
:
:
:
:

CRIMINAL NO.
3:03-CR-241(JCH)

2008 FEB 14 P 2: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

FEBRUARY 14, 2008

### ORDER

Motion for Reconsideration (Doc. No. 139) is DENIED. As the court attempted to explain in its Ruling (Doc. No. 136), there is no case pending in which Mr. Agnew asserts any claims. On his direct appeal, his conviction was affirmed (Mandate of USCA Doc. No. 126). Since that date, he has filed no petition or complaint of any kind, but merely sought appointment of counsel. The pleadings filed on November 27, 2007 (Doc. No. 138) and his Motion for Reconsideration (Doc. No. 139) appear to complain about the government's failure to use administrative instead of criminal process, but this court can not discern whether he is trying to collaterally attack his conviction, or bring a civil lawsuit. In either case, he has still not filed a complaint (civil claim) or petition (collateral attack).

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 14th day of February, 2008.

Janet C. Hall
United States District Judge